IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXPERIAN INFORMATION SOLUTIONS CREDIT REPORTING LITIGATION <br> _____/ | No. C 16-05674 WHA <br> No. C 16-05676 WHA <br> No. C 16-05679 WHA <br> No. C 16-05694 WHA <br> No. C 16-05704 WHA <br> No. C 16-06315 WHA <br> No. C 16-06335 WHA <br> No. C 16-06363 WHA <br> No. C 16-06372 WHA <br><br> **CASE MANAGEMENT ORDER** |

After a case management conference, the Court orders as follows:

1. All hearings currently set in the above-captioned matters are **VACATED**.

2. All defendants in the above-captioned matters shall submit a combined motion to dismiss that addresses the single purportedly dispositive issue underlying each individual action. The motion to dismiss shall be filed in each action by **FEBRUARY 9**.

3. All plaintiffs in the above-captioned matters shall submit a combined opposition to the aforementioned motion to dismiss. The opposition shall be filed in each action by **FEBRUARY 23**.

4. All defendants in the above-captioned matters may submit a combined reply to the aforementioned opposition. The reply shall be filed in each action by **MARCH 2**.

5. A hearing on the combined motion to dismiss the above-captioned matters is set for **MARCH 23 AT 8:00 A.M.**

6. All currently pending motions to dismiss in the above-captioned matters are **HELD IN ABEYANCE** pending the outcome of the combined motion to dismiss. All currently pending stipulated requests to modify the briefing schedule are **DENIED** as inconsistent with this order.

**IT IS SO ORDERED.**

Dated: January 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2