IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YVONNE SINGH,

    Plaintiff,

v.

ALLY FINANCIAL, INC.; BANK OF AMERICA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.,

    Defendants.

No. C 16-05704 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Ally Financial, Inc.; Bank of America, N.A.; Experian Information Solutions, Inc.; and Equifax, Inc., and against Yvonne Singh. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE